Linda L. Clark

Page    2

‾Hrs/Rate        Amount

)        1/27/03 Telephone call from client.              0.10     ¶2a

2        1/31/03 Prepare for and conference with          1.50
                 clients.   Sign contingent agreement.

Page 1

Linda L. Clark
16760 SW Monaco Lane
Tigard OR 97224


March 6, 2003
In Reference To:    Capital Credit & Collections
Invoice #11644

    Professional services

| | | | Hrs/Rate |
|---|---|---|---|
| 3 | 2/3/03 | Telephone call from Cathy Asher. Receive and review partial fax re other potential parties. | 0.20 | ¶2a |
| 4 | 2/17/03 | Telephone call from client. | 0.10 | |
| 5 | 2/26/03 | Return telephone call to client. | 0.10 | |
| 6 | 2/27/03 | Review file, Update chronology with collection notes. Draft and edit letter to J. Hasson. Research. Telephone call to client. | 4.50 | |
| 7 | 2/28/03 | Organize trial notebook. Continue document review. Receive and review bankruptcy schedules for K. Evans. Update chronology. Conference with clients. Edit letter. | 5.00 | |

Page 2

Linda L. Clark
16760 SW Monaco Lane
Tigard OR 97224


April 2, 2003
In Reference To:   Capital Credit & Collections
Invoice #11677

       Professional services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8 | 3/1/03 | Continue document review.  Research re depression and DSM-IV diagnostic codes.  Edit chronology.  Edit letter. | 4.40 | ¶2a |
| 9 | 3/3/03 | Draft and edit letter.  Review all exhibits.  Update chronology.  Telephone call to client.  Web search re corporate filing dates et al. | 3.20 | |
| 10 | 3/4/03 | Draft and edit letter.  Prepare for conference with clients. | 2.00 | |
| 11 | | Conference with clients. | 1.00 | |
| 12 | | Telephone call to client.  Final edit demand letter. | 0.50 | |
| 13 | 3/5/03 | First draft of letter to C. Asher.  Outline complaint. | 0.50 | |

Page 3

Linda L. Clark                                                    Page    2

|  |  | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 14 | 3/6/03 | Telephone call from client. | 0.10 | ¶2a |
| 15 | 3/8/03 | Receive and review fax.   Telephone call to client. | 0.50 | |
| 16 | 3/12/03 | Draft and edit complaint. | 2.50 | |
| 17 | 3/13/03 | Draft and edit complaint. | 1.00 | |
| 18 | 3/14/03 | Draft and edit complaint. | 2.40 | |
| 19 | 3/15/03 | Receive and review letter from M. Barillo. | 0.10 | |
| 20 | 3/24/03 | Telephone call to M. Barillo. Review filing.   Forward to client. | 0.50 | |
| 21 | 3/25/03 | Telephone call from Frank Lagesson. | 0.10 | |
| 22 | 3/26/03 | Draft fax to F. Lagesen.   Final edit letter to C. Asher.   Telephone call to Robert Hooper re pattern witness. | 1.80 | |
| 23 | 3/28/03 | Conference with Robert Hooper. Receive documents. | 0.60 | |
|  |  | For professional services rendered | 21.20 | |

Linda L. Clark
16760 SW Monaco Lane
Tigard OR 97224


May 1, 2003
In Reference To:    Capital Credit & Collections
Invoice #11705

Professional services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 24 | 4/3/03 | Legal Assistant: Prepare summons. File with court.  Copy documents. Arrange for service. | 1.00 | ¶2a |
| 25 | | Facilitate service. | 0.10 | |
| 26 | 4/4/03 | Review file.  Telephone call to client.  Forward documents. | 0.20 | |
| 27 | 4/8/03 | Telephone call from W. Goode re representation.  Review file. | 0.30 | ¶2b |
| 28 | | Receive and review insurance policy. | 0.10 | |
| 29 | 4/9/03 | Receive and review fax from F. Lagesen. | 0.10 | |
| 30 | 4/10/03 | Receive and review letter from F. Lagesen. | 0.10 | |

Page 5

Linda L. Clark                                          Page    2

                                              Hrs/Rate        Amount

*31*   4/12/03 Forward documents.                0.10       ¶2b
*32*   4/15/03 Telephone call from T. Hooper.    0.10
*33*   4/16/03 Telephone call from Terry McDonald   0.10
              re Evans & Sullivan billing.
*34*           Conference with R. Hooper.        0.10
*35*   4/17/03 Return telephone call to client.  0.20
*36*   4/26/03 Receive and review answer and     0.20
              corporate disclosure statement.
*37*   4/29/03 Telephone calls from client.      1.50
              Telephone call to F. Lagesen.
              Attempt to call W. Goode.  Draft
              letter to clerk.  Telephone message
              from  W. Goode.  Telephone call
              from C. Asher.  Draft letter to
              attorneys.  Review file and
              pleadings.

              For professional services rendered    4.20

Page 6

Linda L. Clark
16760 SW Monaco Lane
Tigard OR 97224

June 3, 2003
In Reference To:    Capital Credit & Collections
Invoice # 11730

Professional services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 38 | 5/1/03 | Telephone call from F. Lagesen's office.  Receive and review fax. | 0.10 | ¶2b |
| 39 | 5/2/03 | Telephone call to client.  Draft letter to attorneys.  Forward documents. | 0.30 | |
| 40 | 5/6/03 | Meeting with Cathy Asher. | 1.30 | |
| 41 | | Prepare for rule 26(f) conference. Review pleadings.  First draft request for production. | 3.00 | ¶2b, c |
| 42 | | Legal Assistant: Travel to C. Asher's office.  Deliver letter and pick up documents. | 0.80 | ¶2b |
| 43 | 5/7/03 | Continue preparation for rule 26 conference.  Update chronology. First draft Concise Statement of Facts.  Organize documents amd | 3.50 | |

Page 7

Linda L. Clark                                    Page    2

                                        Hrs/Rate         Amount

     originals re motion for summary
     judgment.  Telephone call to Linda
     Salisbury.  Telephone call to
     client.

.. 44   5/8/03  Telephone message from Linda         2.80      ¶2b
              Salisbury.  Telephone call from
              client.  Prepare for rule 26
              meeting.  Receive and review fax
              from Cathy Asher.  Telephone
              conference with Linda Salisbury.
              Sort documents and outline issues
              to discuss.

   45         Travel to and attend rule 26           2.00
              conference.

   46         First draft letter summarizing         3.20
              meeting.  Outline more issues re
              motion for summary judgment.
              Telephone call to clients.

   47   5/9/03  Telephone call from client.          0.20

   48   5/10/03  Return telephone call to client.    0.10

   49   5/12/03  Telephone call from client.         0.10      ¶2c

   50   5/13/03  Telephone call from client.         0.20
              Conference with client.  Receive
              documents.  Telephone call from R.
              Hooper.

   51   5/15/03  Telephone call from client.         0.20

   52   5/16/03  Edit letter to attorneys re rule 26  5.00      ¶2b
              conference.  Prepare and sign
              magistrate consent.  Review
              documents from court.  Research re
              confidential medical records.

Page 8

Linda L. Clark                                              Page    3

|  |  | | Hrs/Rate | Amount |
|---|---|---|---|---|

Telephone call to client. First
draft request for production,
request for admissions,
interrogatories.

.53    5/17/03  Review file.  Draft letter to          6.00   ¶2c, d
clerk.  Draft and edit request for
production, interrogatories,
request for admissions.  Review
documents.  Calendar deadlines.
Research re mental health records.
OJIN search.  FDCPA research.

54     5/18/03  Final edit FRCP 34 request to          5.30   ¶2c
Capital.  Draft and edit FRCP 34
request to J. Hasson.  Draft and
edit FRCP 34 request to J. Brumley.
OJIN search re J. Brumley.  Certify
and mail copies.  Draft e-mail to
attorneys.

55              Research.  Draft and edit             1.20
interrogatories propounded to
Capital Credit.

56     5/19/03  Draft and edit interrogatories to     7.00
Capital Credit.  Draft and edit
interrogatories to J. Hasson.
E-mails to and from clerk.  Serve
attorneys by e-mail.  First draft
interrogatories to J. Brumley.

57     5/20/03  Draft and edit interrogatroies re     6.00   ¶2c, e
J. Brumley.  Draft e-mail to
attorneys.  Research re protective
order.  Prepare for deposition of
J. Brumley.

58     5/21/03  First draft plaintiff's               1.60   ¶2d
disclosures.  File review.  Prepare
for meeting with clients.

Page 9

Linda L. Clark                                                    Page    4

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|

59   5/21/03 Prepare for and conference with          3.00    ¶2d
             clients.  Continue draft and edit
             disclosures.  Receive and review
             new inforamtion.

60   5/22/03 Conference with client.  Receive        0.10
             new medical records.

61           Continue research re mental health      3.70
             records.  Edit stipulated
             protective order.  Draft and edit
             initial disclosures.

62   5/23/03 Review cases re mental health           6.50    ¶2d, f
             records.  OJIN search and draft
             disclosures for individual
             witnesses.  Draft and edit concise
             statement of facts re motion for
             summary judgment.  First draft
             affidavit of client.

63   5/24/03 Draft and edit affidavit and            2.70    ¶2f
             concise statement of facts.

64   5/27/03 Organize documents.  Draft and edit     3.50
             affidavit, concise statement of
             facts, memorandum re summary
             judgment.  Draft e-mail to F.
             Lagesen re filing.  Attempt to call
             client.

65   5/28/03 Continue draft and edit affidavit.      7.50
             Conference with Linda.  Edit
             affidavit.  Prepare documents.
             Draft and edit memorandum.  Draft
             and edit disclosures.

66   5/29/03 Continue draft and edit affidavit,      7.60
             concise statement of facts,
             memorandum.  Telephone call from
             client.  Return telephone call to
             Debbie Cardwell.  OJIN search.

Linda L. Clark                                          Page    5

                                        Hrs/Rate        Amount

          Update disclosures.  Receive and
          review fax from F. Lagesen.
          Telephone call to F. Lagesen.
          Research re FDCPA and 1692g.

..67   5/30/03 Draft and edit memorandum re motion      5.80   ¶2c, f
          for summary judgment.  Draft letter
          to F. Lagesen.  Research.  Edit
          letter.  Telephone call from Debbie
          Cardwell.  Conference with Jerry.
          Edit memorandum.  Research.

68   5/31/03 Return telephone calls to Linda.      3.20   ¶2b, f
          Receive and review answer.  Draft
          and edit memorandum re motion for
          partial summary judgment.

Page 11

Linda L. Clark
16760 SW Monaco Lane
Tigard OR 97224


July 1, 2003
In Reference To:    Capital Credit & Collections
Invoice #11754

Professional services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 69 | 6/1/03 | Continue draft and edit memorandum. Review answer and analyze. | 1.00 | ¶2f |
| 70 | 6/2/03 | Research.  Edit memorandum. | 2.00 | |
| 71 | 6/3/03 | Draft and edit legal standards re motion for summary judgment. Receive documents from client. | 3.50 | |
| 72 | 6/4/03 | Continue draft and edit memorandum. Document review et al.  Telephone call from Debbie Lawler. | 5.50 | |
| 73 | 6/5/03 | Continue document review.  Draft and edit motion for summary judgment, memorandum.  Telephone calls to clients. | 5.50 | |
| 74 | 6/6/03 | Continue draft and edit memorandum re motion for summary judgment. | 6.00 | |

Page 12

Linda L. Clark                                                  Page    2

                                                    Hrs/Rate        Amount

75       6/7/03 Continue draft and edit memorandum      0.70    ¶2f
                re motion for summary judgment with
                standards for UDCPA.

76              Continue document review.  Edit         5.60
                disclosures.  Edit memorandum re
                motion for summary judgment.
                Update chronology.

77       6/8/03 Continue research.  Draft and edit      8.60
                memorandum re motion for summary
                judgment.  Sort files.  Draft and
                edit memorandum.  Update initial
                disclosures.

78       6/9/03 Edit names/addresses re                 6.70    ¶2d, f, h
                disclosures.  Draft letter.
                Telephone call to attorneys re
                extension.  Telephone call Miller.
                Draft and edit affidavit.  Schedule
                appointment.  Telephone call to R.
                Hooper.  Draft and edit affidavit.
                Receive and review motion for
                summary judgment et al from J.
                Hasson.  Attempt to call Brroke
                Burns.

79       6/10/03 Draft and edit affidavits.  Draft      6.20    ¶2f, g
                response to request for production
                from Capital Credit.  Prepare for
                conference with client.  Research.
                Edit response to request for
                production.

80              Legal Assistant: Conference with        0.50    ¶2g
                attorney.  Copy documents.

81       6/11/03 Final edit response to request for     3.50
                production and serve.  Sort
                documents for production.

Page 13

Linda L. Clark

Page    3

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|

82    6/11/03 Draft letter to attorneys.              5.00    ¶2c, f, h
Telephone call from B. Burns re
confer on motion.  Edit affidavits
of clients.  Prepare for and
conference with client.  Conference
with clients.  Receive documents.
Continue sorting documents.
Various e-mail to and from
attorneys.  Edit affidavit of S.
Miller.

83    6/12/03 Review and sort documents for           3.50    ¶2g
production.  E-mail to and from Pat
Aho re schedule.

84            Prepare for and conference with         1.00    ¶2f
Sarah Miller.  Draft and edit
affidavit.  Attempt to call Sarah
Miller re correction requirement.

85            Prepare for and conference with         1.00
Robert Hooper.  Review facts.
Draft and edit affidavit and sign.

86            Legal Assistant: Conference with        3.00    ¶2g
attorney re production.  Copy and
Bates Stamp documents.  Organize
documents and copy.

87    6/13/03 Telephone calls to Sarah Miller.        2.50    ¶2f
Schedule appointment.  Telephone
call to Terry McDonnel re
witnesses.  Edit affidavit.
Arrange for notary.  Conference
with S. Miller.  Sign affidavit.
Draft letter to attorneys.  Certify
copies and mail.  Receive and
review fax from client.

**Page 14**

Linda L. Clark                                         Page    4

                                          Hrs/Rate        Amount

88   6/17/03  Review documents for production.      1.00    ¶2g
              Draft letter to attorneys.  Receive
              and review fax re response to
              request for production.

89            Legal Assistant: Copy production.     2.00
              Deliver to W. Goode and F. Lagesen.

90   6/19/03  Receive and review document           1.00    ¶2c
              production from J. Hasson.
              Telephone call to client.  Review
              and edit memorandum.

91            Legal Assistant: Copy document        0.40
              production.

92   6/21/03  Telephone call from client.           0.50    ¶2c
              Receive and review response to
              document production from W. Goode.

93            Legal Assistant: Copy document        0.50
              production.

94   6/24/03  Telephone call from client.           0.10

95   6/25/03  Draft and edit memorandum.            8.00    ¶2f
              Telephone call to  state licensing
              board.   Conference with client.
              Draft and edit memorandum.  Web
              search.

96   6/27/03  Draft and edit memorandum re motion   3.10
              for summary judgment.  Various
              e-mail re depositions.

97            Draft and edit memorandum re motion   1.40
              for summary judgment.

Page 15

Linda L. Clark                                        Page    5

|  |  | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 98 | 6/28/03 | Draft and edit memorandum re motion for summary judgment argument. | 4.20 | ¶2f |
| 99 | 6/29/03 | Draft and edit memorandum re motion for summary judgment. | 5.80 | |
| 100 | 6/30/03 | Draft and edit motion for summary judgment.  Telephone call from client.  Trial preparation. | 6.90 | |
| | | For professional services rendered | 106.50 | $0.00 |

Page 16

Linda L. Clark
16760 SW Monaco Lane
Tigard OR 97224


August 5, 2003
In Reference To:   Capital Credit & Collections
Invoice #11782

     Professional services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 101 | 7/1/03 | Continue draft and edit motion for summary judgment and memorandum. | 6.00 | ¶2f |
| 102 | 7/2/03 | Continue draft and edit motion for summary judgment and memorandum. | 7.00 | |
| 103 | 7/3/03 | Continue draft and edit memorandum. Draft e-mail to attorneys. Telephone call from client. | 2.90 | |
| 104 | | Continue draft and edit memorandum. | 3.60 | |
| 105 | 7/4/03 | Continue draft and edit memorandum. | 9.00 | |
| 106 | 7/5/03 | Draft and edit motion for summary judgment and supporting documents. Serve. | 14.50 | |
| 107 | 7/8/03 | Legal Assistant: Prepare documents and deliver to court. | 0.80 | |

Page 17

Linda L. Clark

Page    2

|  |  | | Hrs/Rate | Amount |
|---|---|---|---|---|

108    7/14/03 Telephone call from W. Goode.      0.50    ¶2f
                Various e-mail .

109    7/15/03 Telephone calls and e-mail to      0.20
                client.

110            Receive and review fax.            0.10

111    7/16/03 Legal Assistant: Copy documents.   0.40

112    7/17/03 Telephone call from Pat Aho.       2.20    ¶2f, h, i
                Scheduled appointment.  Review
                motion for summary judgment by
                defendants.  Prepare for telephone
                conference.  Telephone conference.
                First draft motion to amend with
                table of contents.

113    7/21/03 Telephone call from client.        0.10    ¶2f

114            Review file.  Draft and edit table  2.50
                of contents and authorities.

115    7/22/03 Final edit motion to amend by       2.70
                interlineation with table of
                contents and authorities.

116            Draft response to concise statement 1.00    ¶2h
                of facts.

117    7/23/03 Review motion for summary judgment. 2.10
                Begin draft of reply.  Continue
                analysis and review of concise
                statement of facts.

118    7/24/03 Continue draft and edit response to 5.20    ¶2e, h
                motion for summary judgment.
                Prepare for deposition of Janine
                Brumley.  Draft e-mail re
                scheduling.  Prepare exhibits for
                deposition.  Schedule court
                reporter.

Page 18

Linda L. Clark                                              Page    3

|      |         |                                                                                                                       | Hrs/Rate | Amount |
|------|---------|-----------------------------------------------------------------------------------------------------------------------|----------|--------|
| 119  | 7/25/03 | Continue preparation for deposition.  Depose Janine Brumley. Return to office.                                         | 3.50     | ¶2e    |
| 120  | 7/26/03 | Continue draft and edit memorandum re Hasson, motion for summary judgment response and concise statement of facts.  OJIN search. Telephone call from client. | 8.30     | ¶2h    |
| 121  | 7/27/03 | Continue draft and edit memorandum in response.  Sort exhibits for authenticating affidavit.  Edit response to concise statement of facts. | 6.60     |        |
| 122  | 7/28/03 | Final edit response to concise statement of facts.  Final edit authenticating affidavit.  Final edit response to memorandum. Prepare service copies. | 3.80     |        |
| 123  |         | Travel to court.  File documents. Attend conference in chambers.                                                       | 1.00     | ¶2k    |
| 124  |         | Serve documents.  Brief conference with Igor Gandel.  Reschedule appointment.                                          | 1.00     | ¶2i    |
| 125  |         | Edit response to concise statement of facts of Brumley/Capital Credit.                                                 | 1.50     |        |
| 126  | 7/29/03 | Draft and edit affidavit.  Edit response to concise statement of facts re J. Brumley and Capital Credit.  Attempt to call Igor Gandel.  Draft memorandum in response. | 3.60     |        |

Page 19

Linda L. Clark                                                          Page    4

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 127 | 7/29/03 | Continue draft and edit response memorandum.  Telephone call from Igor Gandel re facts and affidavit. | 2.50 | ¶2i |
| 128 | 7/30/03 | Continue draft and edit affidavit of Igor Gandel and response memorandum. | 1.00 | |
| 129 | | Conference with Igor Gandel. Continue draft and edit memorandum. | 1.50 | |
| 130 | | Continue draft and edit response to motion for summary judgment re Brumley and Capital Credit. | 4.00 | |
| 131 | 7/31/03 | Continue draft and edit response to Brumley/Capital Credit. | 1.00 | |
| 132 | | Final edit memorandum.  Conference with Igor Gandel.  Prepare service copies and arrange for filing. | 3.10 | |
| 133 | | Legal Assistant: Conference with attorney.  Notarize affidavit of Igor Gandel.  Copy and file with court. | 1.00 | |
| | | For professional services rendered | 104.20 | $0.00 |

Page 20

Linda L. Clark
16760 SW Monaco Lane
Tigard OR 97224


September 2, 2003
In Reference To:    Capital Credit & Collections
Invoice # 11808

        Professional services

|  | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 134 | 8/2/03 | Docket deadlines per order. | 0.10 | ¶2f |
| 135 | 8/4/03 | Various e-mail from and to Brooke Burns. | 0.10 | |
| 136 | | Receive copy of transcript. | 0.10 | |
| 137 | 8/6/03 | Receive and review response from J. Brumley. Draft e-mail to B. Burns and F. Lagesen. | 0.20 | |
| 138 | 8/9/03 | Review file. Begin draft of reply. Telephone call to client. Draft and edit fact summary. | 4.90 | |
| 139 | 8/11/03 | Telephone call from F. Lagesen. | 0.10 | |
| 140 | 8/14/03 | Receive and review reply memorandums. Draft and edit reply memorandum. Sort exhibits. | 2.70 | ¶2h, i |

Page 21

Linda L. Clark                                              Page    2

                                                    Hrs/Rate        Amount

141    8/15/03  Draft and edit memorandum re reply         5.40
                to motion for summary judgment.                        ¶2f
                Receive and review fax from W.
                Goode.

142    8/16/03  Draft and edit reply.  Conference
                with clients.  Sort exhibits.              8.20
                Research.  Draft and edit reply
                brief.

143    8/17/03  Draft and edit reply memorandum re         7.20
                motion for summary judgment.
                Telephone call to clients.

144    8/18/03  Continue draft and edit reply.
                Draft and edit affidavit of client.        11.20
                Sort files.  Prepare exhibits.
                Review deposition transcript.
                Conference with clients.  Discuss
                affidavits.  Research.  Draft and
                edit reply.

145    8/19/03  Final edit reply memorandum.               4.50
                Telephone call from client.  Edit
                affidavits of clients.  Sort
                documents.  Draft second and third
                authenticating affidavit.  Prepare
                demonstrative exhibits.  Conference
                with clients.

146             Receive original of certificates.          0.10

147             Legal Assistant: Notarize                  1.00
                affidavits.  Copy documents and
                deliver to court.

148             Legal Assistant: Mail copies to F.         0.30
                Lagesen and W. Goode,

Page 22

Linda L. Clark                                              Page    3

|      |          |                                                                                                                                       | Hrs/Rate | Amount |
|------|----------|---------------------------------------------------------------------------------------------------------------------------------------|----------|--------|
| 149  | 8/20/03  | Draft letter to W. Goode.  Draft letter to F. Lagesen.                                                                                 | 0.30     | ¶2j    |
| 150  |          | Telephone call from B. Burns.                                                                                                          | 0.10     |        |
| 151  | 8/21/03  | Respond to telephone message from W. Goode.                                                                                            | 0.10     |        |
| 152  |          | Telephone call to B. Burns. Schedule telephone conference.                                                                            | 0.10     |        |
| 153  | 8/22/03  | Receive and review fax from W. Goode.                                                                                                  | 0.10     |        |
| 154  |          | Prepare for telephone conference with B. Burns.  Telephone call from B. Burns re schedule.                                            | 0.80     |        |
| 155  |          | Telephone call to client.                                                                                                             | 0.10     |        |
| 156  | 8/24/03  | Sort documents.  Prepare trial notebook.  Draft and edit motion to compel and memorandum.  Research. Prepare for oral argument.       | 8.00     | ¶2j, k |
| 157  | 8/25/03  | Draft and edit motion to compel. Telephone call to B. Burns. Continue draft and edit motion to compel.                                | 9.20     | ¶2j    |
| 158  | 8/26/03  | Continue preparation for oral argument.                                                                                               | 5.00     | ¶2k    |
| 159  |          | Prepare billing statments re attorney fees.  Telephone call to client.  Telephone call from client.                                  | 1.50     | ¶2l    |
| 160  | 8/27/03  | Draft and edit settlement demand letter.  Conference with client. Edit letter.                                                       | 1.50     |        |

Page 23

Linda L. Clark                                          Page    4

|     |          |                                                      | Hrs/Rate | Amount |
|-----|----------|------------------------------------------------------|----------|--------|
| 161 | 8/27/03  | Final edit letter.  Draft protective order.          | 0.50     | ¶2ℓ    |
| 162 |          | Telephone message from W. Goode. Fax from W. Goode.  Draft e-mail to W. Goode. | 0.20 |   |
| 163 | 8/29/03  | Receive and review letter from F. Lagesen.           | 0.10     |        |
| 164 |          | Draft and edit memorandum re motion to compel.       | 1.00     | ¶2j    |
| 165 | 8/30/03  | Continue file review.  Draft and edit memorandum re motion to compel. | 4.80 |   |
|     |          | For professional services rendered                   | 79.50    | $0.00  |

Page 24

Linda L. Clark
16760 SW Monaco Lane   #6
Tigard OR 97224


October 3, 2003
In Reference To:    Capital Credit & Collections
Invoice #11840

        Professional services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 166 | 9/2/03 | Continue draft and edit motion to compel.  Receive and review response to settlement demand. Telephone conference with client. | 3.40 | ¶2j |
| 167 | 9/3/03 | Continue draft and edit memorandum re motion to compel.  Various e-mail re  settlement and edit re memorandum.  Telephone calls to and from client.  Draft letter to F. Lagesen and W. Goode. | 3.90 | |
| 168 | 9/4/03 | Reply to e-mail from W. Goode. Telephone call from client. Receive and review fax. | 0.20 | |
| 169 | 9/5/03 | Final edit memorandum.  Input Brumley deposition material.  Draft motion.  Draft authenticating affidavit with exhibits. | 4.00 | |

Page 25

Linda L. Clark                                                      Page    2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 170 | 9/6/03 | Receive and review original of 8/27/03 letter from W. Goode. Receive and review letter F. Lagesen/Judge. | 0.10 | ¶2j |
| 171 | 9/8/03 | Telephone call to and from Jerry. Draft e-mail to F. Lagesen. | 0.30 | |
| 172 | 9/9/03 | Receive and review e-mail from F. Lagesen. Receive, review and docket calendar. | 0.20 | |
| 173 | 9/10/03 | Draft e-mail to F. Lagesen. | 0.10 | |
| 174 | | Draft e-mail to F. Lagesen. | 0.10 | |
| 175 | 9/11/03 | Telephone call from client. | 0.10 | |
| 176 | | Receive and review e-mail from Frank and Pat.  Telephone call to Pat.  E-mail from Pat. | 0.10 | |
| 177 | 9/12/03 | Telephone call to client.  Draft e-mail to F. Lagesen.  Receive and review e-mail from B. Burns.  Draft e-mail to B. Burns. | 0.30 | |
| 178 | 9/15/03 | E-mail to and from B. Burns re schedule. | 0.10 | |
| 179 | 9/17/03 | Receive and review information re filings by Hasson. | 0.10 | |
| 180 | 9/18/03 | Receive and review response to motion to compel.  Various e-mail. | 0.20 | |
| 181 | | Review file.  First draft leter to R. Grafe. | 0.90 | |

Page 26

Linda L. Clark                                          Page    3

|   |   |   | Hrs/Rate | Amount |
|---|---|---|----------|--------|

182    9/19/03  Review file.  Draft and edit letter       1.30     ¶2e
                to R. Grafe.  Prepare exhibits and
                mail.  Draft e-mail to B. Burns.
                Schedule reporter.

183    9/23/03  Receive various e-mail from client.        0.10

184    9/25/03  Prepare for deposition and document        4.50
                review.  Telephone message from LNS
                Court Reporters and confirm.

185    9/26/03  Prepare, travel to and depose Kesia        4.00
                Gomez and April Shaw.  Return.

186             Return telephone call to client.           0.10

187             Conference with client.                    0.10

188    9/29/03  Review file.  Draft and edit reply         2.80     ¶2j
                to motion to compel.

189    9/30/03  Draft and edit reply to motion to          1.50
                compel and arrange for filing.


                For professional services rendered        28.50      $0.00

Page 27

Linda L. Clark
16760 SW Monaco Lane   #6
Tigard OR 97224


November 4, 2003
In Reference To:    Capital Credit & Collections
Invoice #11866

       Professional services

|  |  | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 190 | 10/11/03 | Review file.  First draft motion for summary judgemnt and supporting documents. | 1.50 | ¶2f |
| 191 | 10/12/03 | Continue draft and edit memorandum re motion for summary judgment. | 1.50 | |
| 192 | 10/13/03 | Draft and edit motion for summary judgment.  Research. | 2.40 | |
| 193 | | Continue draft and edit motion for summary judgment.  Receive and review deposition transcripts re A. Kahan and K. Gomez.  Draft and edit motion for summary judgment. E-mail to and from B. Burns and W. Goode. | 5.60 | ¶2e, f |
| 194 | 10/14/03 | Draft and edit motion for summary judgment re UDCPA claim.  Draft affidavit, motion and concise statement of facts. | 4.20 | ¶2f |

Page 28

Linda L. Clark

Page    2

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|

195  10/14/03 Receive and review fax.                                    0.10   ¶2e

196          Legal Assistant: Copy deposition                            0.30
             transcript.

197          Legal Assistant: Review motion for                          1.00   ¶2f
             summary judgment.  Copy and file
             with court.  Certify and mail to
             attorneys and clients.

198  10/15/03 Review file.  Locate error.  Draft                         0.50
              e-mail to attorneys.  Transmit memo
              by fax.

199          Telephone call from client.                                 0.10

200  10/16/03 Telephone call from client.                                0.10

201          Receive and review motion and                               0.10
             declaration of W. Goode.

202          Legal Assistant: Conference with
             attorney re error.  Telephone call
             to court.  File amended memorandum
             with court and mail to attorneys
             and clients.

203  10/21/03 Conference with clients.                                   0.30

204  10/29/03 Telephone call from client.                                0.10

205  10/31/03 Receive and review reply and motion.                       0.50

             For professional services rendered    18.30        $0.00

Page 29

Linda L. Clark
16760 SW Monaco Lane   #6
Tigard OR 97224


December 2, 2003
In Reference To:    Capital Credit & Collections
Invoice #11885

        Professional services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 206 | 11/6/03 | First draft reply.   Research. | 1.50 | ¶2f |
| 207 | 11/7/03 | Return telephone call to client. Telephone call to client. | 0.30 | |
| 208 | | Telephone call from client. | 0.10 | |
| 209 | | Draft and edit reply memorandum. | 1.00 | |
| 210 | 11/8/03 | Draft and edit reply memorandum. | 0.70 | |
| 211 | | Research federal cases under UDCPA claims.  Continue draft and edit reply memorandum.  Draft e-mail to W. Goode. | 6.80 | |
| 212 | 11/10/03 | Telephone call from client. | 0.10 | |
| 213 | | Continue draft and edit reply memorandum. | 2.00 | |

Page 30

Linda L. Clark                                                    Page    2

|  | | | Hrs/Rate | Amount |
|---|---|---|---|---|

214  11/11/03  Prepare for and conference with         1.50   ¶2g
               clients for deposition preparation.

215           Continue draft and edit reply            2.00   ¶2f
              memorandum.

216  11/12/03  Final edit reply.  Travel to court       4.50   ¶2f, g
               and file.  Travel to office of W.
               Goode and attend deposition of
               Linda Clark.  Return.

217           Travel to and attend deposition of       3.50   ¶2g
              client.  Return.

218           Telephone message from W. Goode re       0.10
              exhibits.

219  11/13/03  Prepare for, travel to and attend        4.40
               deposition of Jerry Clark.

220  11/20/03  Return telephone call to client.         0.20

              For professional services rendered       28.70        $0.00

Linda L. Clark
16760 SW Monaco Lane   #6
Tigard OR 97224

January 9, 2004
In Reference To:   Capital Credit & Collections

Professional services

|  | | Hrs/Rate | Amount |
|---|---|---|---|
| 22( | 12/13/03 Review file.   Update accounting. | 0.50 | ¶2( |
| | For professional services rendered | 0.60 | $0.00 |

Page 32

Linda L. Clark
16760 SW Monaco Lane   #6
Tigard OR 97224


February 5, 2004
In Reference To:   Capital Credit & Collections

        Professional services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 222 | 1/12/04 | Attempt to call client. | | |
| 223 | 1/23/04 | Receive, review and reply to e-mail from Frank Lagesen. | 0.10 | ¶2h |
| 224 | 1/26/04 | Receive and review opinion and order.  Telephone call to client. Conference with client. | 1.00 | ¶2f, h, i |
| | | For professional services rendered | 1.20 | $0.00 |

Page 33

Linda L. Clark
16760 SW Monaco Lane   #6
Tigard OR 97224


March 2, 2004
In Reference To:    Capital Credit & Collections
Invoice # 11961

        Professional services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 225 | 2/5/04 Prepare for and conference with clients.  Research re final order. | 1.50 | ¶2m |
| 226 | 2/8/04 Review filing and draft appeal documents. | 1.50 | |
| 227 | 2/9/04 Travel to court.  Obtain forms. Review appellate rules re notice of appeal.  Travel to and from law library.  Research jurisdiction under 28USC s1291 and representation statement.  Draft civil appeals docketing statement. | 3.00 | |
| 228 | 2/10/04 Final edit documents.  Travel to court re filing documents. Conference with clerk.  File appeal. Return. | 1.50 | |
| 229 | 2/12/04 Draft notice of change of address and arrange for filing. | 0.10 | |

Page 34

Linda L. Clark                                                    Page    2

|       |         |                                                                                                                                                                             | Hrs/Rate | Amount |
|-------|---------|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|----------|--------|
| 230   | 2/12/04 | Legal Assistant: Copy documents and mail.  Deliver to court.                                                                                                                       | 0.50     | ¶2m    |
| 231   | 2/13/04 | Prepare for telephone conference. Telephone call from W. Goode. Receive and review fax from W. Goode. Telephone conference.  Telephone call from W. Goode.  Telephone call to client.  Telephone call to Jeff Batchlor. | 2.00     |        |
| 232   | 2/15/04 | Draft brief.  Analyze opinion and order.                                                                                                                                           | 1.50     |        |
| 233   |         | Continue draft and edit brief.                                                                                                                                                     | 1.50     |        |
| 234   | 2/16/04 | Research re final appealable order.                                                                                                                                               | 1.50     |        |
| 235   | 2/17/04 | Receive and review notice of association of counsel with cover letter to court of appeals.                                                                                         | 0.10     |        |
| 236   | 2/21/04 | Research finality requirements for apellate jurisdiction.                                                                                                                          | 3.00     |        |
| 237   | 2/22/04 | Research apellate jurisdiction. Research dismissal.  Draft motion to dismiss appeal and serve.                                                                                      | 3.60     |        |
| 238   | 2/23/04 | Travel to court and file motion to dismiss appeal.                                                                                                                                | 0.50     |        |
|       |         | For professional services rendered                                                                                                                                                | 21.80    | $0.00  |

Page 35

Linda L. Clark
16760 SW Monaco Lane   #6
Tigard OR 97224


April 1, 2004
In Reference To:   Capital Credit & Collections
Invoice #11985

        Professional services

|  |  | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 239 | 3/1/04 | Edit pre-trial order. | 0.50 | ¶2n |
| 240 | 3/2/04 | Draft and edit pre-trial order. Review file. | 2.10 | |
| 241 | 3/3/04 | Continue draft and edit pre-trial order. | 3.00 | |
| 242 | 3/4/04 | Continue draft and edit pre-trial order.   File review. | 4.00 | |
| 243 | 3/5/04 | Draft and edit pre-trial order. | 4.00 | |
| 244 | 3/6/04 | Continue file review.   Draft and edit pre-trial order. | 1.50 | |
| 245 | 3/7/04 | Review.   Draft and edit pre-trial order.   Conference with client. | 2.00 | |
| 246 | 3/8/04 | Continue draft and edit pre-trial order.   Conference with client. Final edit and send.   Draft letter to attorneys.   Receive and review e-mail from F. Lagesen. | 3.50 | |

Page 36

Linda L. Clark                                                          Page    2

|      |         |                                                                                                                                   | Hrs/Rate | Amount |
|------|---------|-----------------------------------------------------------------------------------------------------------------------------------|----------|--------|
| 247  | 3/9/04  | Draft e-mail to F. Lagesen.                                                                                                        | 0.10     | ¶2n    |
| 248  |         | Receive and review e-mail from F. Lagesen.                                                                                         | 0.10     |        |
| 249  | 3/22/04 | Receive and review fax.  Conference with client.                                                                                  | 0.10     |        |
| 250  | 3/24/04 | Review file and order.  Research re ADR report.  First draft ADR report. Prepare for PTO conference with clients.  Draft e-mail to clerk. Conference with clients. | 4.20     | ¶2ᴸn   |
| 251  | 3/29/04 | Draft e-mail to W. Goode.                                                                                                          | 0.10     | ¶2n    |
| 252  | 3/31/04 | Review file.  Edit draft of pretrial order.                                                                                       | 1.50     |        |
|      |         | For professional services rendered                                                                                                | 26.70    | $0.00  |

Page 37

Linda L. Clark
16760 SW Monaco Lane   #6
Tigard OR 97224


May 4, 2004
In Reference To:    Capital Credit & Collections
Invoice # 12010

     Professional services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 253 | 4/1/04 Review letter from W. Goode.  Edit pretrial order.  Draft letter to W. Goode. | 3.30 | ¶2n |
| 254 | 4/2/04 Receive and review fax from W. Goode.  Edit pretrial order.  Travel to and from office of W. Goode with order, report and pretrial order.  Return. | 0.50 | |
| 255 | 4/4/04 Telephone call to client.  Draft e-mail to clerk. | 0.20 | |
| 256 | 4/5/04 Receive various e-mail from G. Magnusson. | 0.10 | |
| 257 | 4/6/04 Analyze claims for trial.  Prepare for conference with clients.  Draft trial documents.  Draft e-mail to W. Goode.  Conference with clients. | 3.00 | |
| 258 | 4/7/04 Prepare for and telephone conference with C. Asher.  Draft e-mail to G. Magnuson.  Outline expert witness statement. | 1.50 | |

Page 38

Linda L. Clark                                                        Page    2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|

259    4/8/04  Various e-mail.  Edit trial              0.50      ¶2n
                submissions.

260    4/9/04  Receive and review various e-mail.       0.10

261    4/13/04 Receive and review scheduling order      0.10
                and minute order.

262    4/19/04 Trial preparation.  Telephone call       3.00
                from W. Goode.  Review exhibits for
                list.  Telephone call to client.
                Trail preparation.

263    4/20/04 Trial preparation.  Telephone call       6.00
                from client.  Telephone call from
                Linda re testimony of C. Asher.

264    4/21/04 Trial preparation-submissions.           1.50

265    4/22/04 Trial preparation.  Draft and edit       1.50
                documents.

266    4/23/04 Trial preparation.  Draft and edit       1.50
                documents.

267    4/24/04 Review exhibits.  Prepare demo           4.90
                exhibit re debt.  Edit exhibit list.
                Edit witness list.  Review and
                analyze evidence.

268    4/25/04 Review exhibits.  Draft and edit         2.00
                witness statements and exhibit list.

269    4/26/04 Telephone call to clients.  Final        6.00
                edit exhibit list and witness list.
                Prepare copies.  Deliver to court.
                Telephone call to W. Goode and
                deliver.  E-mail from and to G.
                Magnuson.

270    4/27/04 Continue draft and edit trial            6.80
                documents.  Various telephone calls
                to C. Asher and adjustments to
                testimony/expert witness.  Draft and

Page 39

Linda L. Clark                                              Page    3

                                              Hrs/Rate        Amount

edit motions in limne.  Final edit
and serve expert witness statement.
Telephone call from W. Goode.
Continue draft and edit trial
documents.

271  4/27/04 Legal Assistant: Copy documents.        0.30    ¶2n

272  4/28/04 Trial Preparation.  Finalize findings   5.00
             and conclusions.  Final on verdict.
             Finalize requested voire dire.  First
             draft trial brief.

273  4/29/04 Continue trial preparation.             5.40
             Telephone call from W. Goode.
             Finalize documents and arrange for
             delivery.  Receive and review
             documents from W. Goode and analyze.

274          Legal Assistant: Conference with        1.50
             attorney.  Copy documents.  File with
             court.  Deliver to W. Goode and mail
             to clients and F. Lagesen.

275  4/30/04 Telephone call from Linda Salisbury.    0.20

             For professional services rendered     54.90      $0.00

Page 40

Linda L. Clark
16760 SW Monaco Lane   #6
Tigard OR 97224


June 10, 2004
In Reference To:   Capital Credit & Collections
Invoice # 12037

        Professional services

|  |  | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 276 | 5/3/04 | Review file.  Draft and edit response to objections.  Prepare for and conference with Linda Salisbury. Telephone calls to client.  Final edit response to objections.  Fax. Travel to and from courthouse. Exchange documents with W. Goode. Draft interview notes.  Conference with clients. | 8.40 | ¶2n |
| 277 | 5/4/04 | Review documents.  Prepare for pretrial conference.  Review opinion and order.  Telephone call to client. Research re adverse authority. Travel to and from law library. | 6.00 | ¶2k, n |
| 278 | 5/5/04 | Prepare for hearing.  Travel to court, attend pretrial conference. | 3.50 | ¶2k |
| 279 | 5/6/04 | Prepare for and conference with C. Asher.  Draft and edit memorandum. | 3.50 | ¶2n |

Page 41

Linda L. Clark                                                          Page    2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 280 | 5/7/04 | Review and edit memorandum re expert witness.  E-mail to and from B. Burns re Kesia Gomez. | 1.50 | ¶2n |
| 281 | 5/10/04 | Review deposition transcript of Kesia Gomez.  Draft letter to W. Goode.  Draft and edit memorandum re expert witness.  Serve and arrange for filing. | 4.00 | |
| 282 | 5/11/04 | Legal Assistant: Travel to court and file documents. | 0.80 | |
| 283 | 5/13/04 | Receive and review statement from clients re 7/30 telephone call.  Receive and review info ord re filing. | 0.20 | |
| 284 | 5/17/04 | Telephone call from client.  Receive deposition transcripts.  Conference with clients. | 0.50 | |
| 285 | 5/19/04 | Receive and review proposed agreed facts.  Prepare for and participate in telephone conference. | 1.50 | |
| 286 | 5/21/04 | Trial preparation.  Sort exhibits.  Prepare questions for Jerry.  Draft exceptions.  Edit questions for jury. | 4.00 | |
| 287 | | Trial preparation.  Sort exhibits.  Prepared questions for Jerry and Linda.  Draft and edit opening argument. | 2.00 | |
| 288 | 5/22/04 | Trial preparation.  Edit exceptions to rulings on exhibits.  Continue to prepare questions.  Conference with Jerry re testimony preparation.  Telephone call from C. Asher. | 3.20 | |
| 289 | | Trial Preparation.  Edit exceptions.  Prepare questions for Linda.  Conference with clients. | 3.00 | |

Page 42

Linda L. Clark                                                                        Page   3

|  | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 290 | 5/23/04 | Continue trial preparation.  Edit witness questions for Linda and Jerry.  Telephone calls to and from C. Asher.  Draft and edit exceptions to exhibits.  Continue trial preparation.  Sort exhibits for notebook.  Conference with clients. | 7.70 | ¶2n |
| 291 | 5/24/04 | Final edit and fax exceptions.  Begin Brumley questions.  Organize trial notebook with exhibits.  Conference with C. Asher. | 9.00 | |
| 292 | 5/25/04 | Final preparation on opening arguments.  Attend trial and return. | 8.50 | |
| 293 | | Sort exhibits.  Thorough review aqnd outline of questions for J. Brumley. | 2.40 | |
| 294 | | Legal Assistant: Copy exhibits and documents.  Deliver to court. | 0.80 | |
| 295 | 5/26/04 | Prepare for and attend trial.  Travel to and return from court. | 8.90 | |
| 296 | | Prepare closing argument. | 2.40 | |
| 297 | 5/27/04 | Prepare for closing argument.  Travel to court.  Give closing argument. Attend and support jury deliberation. Return. | 9.00 | |
| | | For professional services rendered | 90.80 | $0.00 |

Page 43

Linda L. Clark
16760 SW Monaco Lane  #6
Tigard OR 97224


July 1, 2004
In Reference To:    Capital Credit & Collections
Invoice #12050

        Professional services

|  | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 298 | 6/2/04 | Prepare for and conference with clients.  Draft e-mail to G. Magnusson. | 1.00 | ¶2n |
| 299 | 6/9/04 | Return telephone call to clients. | 0.10 | |
| 300 | 6/10/04 | Receive and review info-ord re judgment and scheduling. | 0.20 | |
| 301 | 6/13/04 | Review attorney fee petition. Prepare for and conference with clients. | 1.50 | ¶2o |
| 302 | 6/18/04 | Review file.  Draft and edit objections to petition for attorney fees. | 3.50 | |
| 303 | 6/19/04 | Draft and edit objections re attorney fees. | 1.50 | |
| 304 | 6/21/04 | Final edit objections re attorney fees.  Draft objections to cost bill. Travel to and from courthouse and file. | 3.00 | |

## Page 44

Linda L. Clark                                                    Page    2

|       |         |                                                                                                                                                                                | Hrs/Rate | Amount |
|-------|---------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|----------|--------|
| 305   | 6/22/04 | Sort documents.                                                                                                                                                                    | 0.50     | ¶2m    |
| 306   | 6/24/04 | Prepare notice of appeal et al. Telephone call from G. Magnusson re excluded documents.  Receive and review fax re attorney fee petition. Telephone call to client.  Edit documents.  Draft excluded exhibits cover. | 4.00     | ¶2m, n, o |
| 307   | 6/25/04 | Final edit notice of appeal and civil docket statement.  Receive and review various info-ord notices of filing and scheduling.  Travel to and from courthouse and file notice of appeal notice et al. | 3.60     |        |
| 308   | 6/28/04 | Receive and review e-mail W. Goode/G. Magnusson.                                                                                                                                   | 0.10     | ¶2o    |
| 309   | 6/30/04 | Telephone call from client. Conference with client.  Draft and edit brief.  E-mail from and to F. Lagesen.  Continue research re attorney liability.                                | 1.00     |        |
|       |         | For professional services rendered                                                                                                                                                 | 20.00    | $0.00  |

Page 45

Linda L. Clark
16760 SW Monaco Lane  #6
Tigard OR 97224

August 3, 2004
In Reference To:    Capital Credit & Collections
Invoice #12076

      Professional services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 310 | 7/1/04 Return telephone call to client. | 0.10 | ¶2o |
| 311 | Draft and edit brief. | 0.50 | |
| 312 | 7/3/04 Draft and edit objections. | 1.50 | |
| 313 | 7/5/04 Review file re motion for attorney fees by Hasson.  Draft objections. Research. | 3.00 | |
| 314 | 7/6/04 Draft and edit objections and affidavit.  Arrange for filing and service.  Telephone call to client. Document review. | 3.50 | |
| 315 | Legal Assistant: Copy documents and deliver to court.  Certify and mail copies to attorneys. | 0.80 | |
| 316 | 7/7/04 Draft transcript order.  Telephone call and conference with clients. Sort documents. | 1.00 | ¶2m |

Page 46

Linda L. Clark

Page    2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 317 | 7/7/04 | Travel to and from courthouse. | 0.60 | ¶2m |
| 318 | 7/9/04 | Receive and review Ninth Circuit notice. | 0.60 | |
| 319 | 7/14/04 | Telephone call from Pat Morgan. | 0.10 | ¶2o |
| 320 | 7/15/04 | Receive and review info-ord. | 0.10 | |
| 321 | 7/16/04 | Receive and review reply re objections. | 0.10 | |
| 322 | 7/17/04 | Review and forward reply re attorney fees. | 0.20 | |
| 323 | 7/26/04 | Review file.  Attempt to call Tom Gerhard re transcript.  Telephone call to LNS to locate Jill Erwin-Teach Reporting.  Telephone call to Tom Gerhard.  Receive and review info-ord re transcript. Telephone call to client. | 1.00 | ¶2m |
|  | | For professional services rendered | 13.10 | $0.00 |

Page 47

Linda L. Clark
1763 NW Yohn Ranch Drive
McMinnville OR 97128


September 2, 2004
In Reference To:    Capital Credit & Collections
Invoice #12125

          Professional services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 324 | 8/3/04 | Receive and review e-mail from court reporter.  Telephone call from client re schedule. | 0.20 | ¶2m |
| 325 |  | Draft e-mail to P. Morgan re transcript spelling. | 0.50 | |
| 326 |  | Review file and prepare for hearing. | 1.00 | ¶2k |
| 327 | 8/4/04 | Prepare for and attend argument re attorney fees.  Attempt to call client.  Travel to and from courthouse.  Attempt to call client. | 2.00 | |
| 328 |  | Receive and review various info-ord. Review opinion.  Attempt to call client. | 0.20 | |
| 329 | 8/6/04 | Receive and review fax from W. Goode. | 0.10 | |
|  |  | Telephone call to client. | 0.10 | |

Page 48

Linda L. Clark                                           Page    2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 330 | 8/6/04 | Telephone call from client.  Forward documents. | 0.10 | ¶2k |
| 331 | 8/9/04 | Telephone call from client.  Schedule appointment.  Receive and review notice of substitution. | 0.10 | ¶2o |
| 332 | 8/10/04 | Send and receive various e-mail to and from Christine. | 0.10 | |
| 333 | | Conference with client re settlement conference.  Receive and review info-ord from court. | 0.30 | ¶2l |
| 334 | 8/11/04 | Receive file from client. | 0.10 | |
| 335 | 8/13/04 | Prepare for and telephone conference with Margaret Corrigan.  Draft e-mail to T. Brown. | 1.00 | |
| 336 | 8/14/04 | Telephone messages from client. Attempt to return call to client. | 0.10 | |
| 337 | 8/15/04 | Draft e-mail to client.  Telephone calls to client.  Research re judgments. | 6.00 | ¶2n |
| 338 | 8/16/04 | Draft e-mail to W. Goode.  Telephone call to client. | 0.20 | |
| 339 | 8/18/04 | Draft and edit motion and memorandum for stay. | 1.50 | |
| 340 | 8/20/04 | Research. Final edit stay and memorandum.  Travel to and from courthouse and file. | 1.50 | |
| 341 | 8/24/04 | Receive and review info-ord. | 0.10 | |
| 342 | 8/27/04 | Telephone call to Teach Reporting. Receive transcript.  Telephone call from client. | 0.30 | ¶2m |

Page 49

Linda L. Clark
1763 NW Yohn Ranch Drive
McMinnville OR 97128


October 5, 2004
In Reference To:    Capital Credit & Collections
Invoice #12150

        Professional services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 343 | 9/11/04 Sort documents and organize for brief.  Instructions to assistant re transcript. | 2.00 | ¶2m |
| 344 | 9/12/04 Continue sort documents.  Edit brief. Conference with clients. | 3.00 | |
| 345 | 9/14/04 Draft and edit opening brief. | 1.50 | |
| 346 | 9/15/04 Continue draft and edit opening brief. | 1.50 | |
| 347 | 9/16/04 Continue draft and edit opening appellate brief.  Review and research Pressley v. CC&CS. | 2.10 | |
| 348 | 9/17/04 Research standards re Pressley and other circuits.  Edit appellant opening brief. | 1.50 | |
| 349 | 9/20/04 Continue research and draft and edit appellants' opening brief. | 1.50 | |

Page 50

Linda L. Clark                                                          Page    2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 350 | 9/22/04 | Continue research 9th Circuit standards.  Edit appellant's opening brief. | 1.50 | ¶2m |
| 351 | 9/23/04 | Continue research.  Draft and edit opening brief. | 2.40 | |
| 352 | 9/24/04 | Continue draft and edit opening brief. | 1.50 | |
| 353 | 9/25/04 | Continue draft and edit opening brief. | 4.80 | |
| 354 | 9/29/04 | Conference with client. | 0.20 | |
| | | For professional services rendered | 23.50 | $0.00 |

Page 51

Linda L. Clark
1763 NW Yohn Ranch Drive
McMinnville OR 97128


November 2, 2004
In Reference To:    Capital Credit & Collections

        Professional services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 355 | 10/1/04 Continue draft and edit opening brief. | 1.50 | ¶2m |
| 356 | 10/2/04 Continue draft and edit brief. Research. | 1.50 | |
| 357 | Review file.  Continue draft and edit of opening brief. | 1.50 | |
| 358 | 10/3/04 Research.   Draft and edit opening brief. | 7.00 | |
| 359 | 10/4/04 Draft and edit opening brief. | 6.70 | |
| 360 | 10/5/04 Continue draft and edit opening brief. | 5.80 | |
| 361 | 10/6/04 Continue draft and edit opening brief. | 6.30 | |
| 362 | 10/7/04 Continue draft and edit opening brief. | 7.30 | |
| 363 | 10/8/04 Telephone call from client.   Document review.  Prepare copies for excerpt of record.  Review order and integrate.  Draft index to excerpt. Continue draft and edit opening brief. | 6.50 | |

Page 52

Linda L. Clark                                          Page    2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 364 | 10/9/04 | Continue document review.  Prepare and label exhibits.  Draft and edit opening brief.  Integrate exhibit numbers. | 8.00 | ¶2m |
| 365 | 10/10/04 | Continue draft and edit brief.  Draft index for brief and exhibits. Telephone call from and conference with client.  Edit opening brief. | 9.10 | |
| 366 | 10/11/04 | Continue draft and edit opening brief.  Review rules.  Edit excerpt of record.  Draft cover page.  Edit index.  Edit index for excerpt of record.  Draft cases and authorities. Review rules and edits.  Receive and review reply to e-mail from T. Brown. | 9.20 | |
| 367 | 10/12/04 | Final review and assembly of brief. Edit excerpt.  Arrange for filing. | 1.80 | |
| 368 | 10/15/04 | Telephone call from W. Goode. | 0.10 | |
| 369 | 10/20/04 | Telephone call from client. | 0.10 | |
| 370 | 10/22/04 | Receive and review credit report. | 0.10 | |
|  |  | For professional services rendered | 72.50 | $0.00 |

Page 53

Linda L. Clark
1763 NW Yohn Ranch Drive
McMinnville OR 97128


December 2, 2004
In Reference To:    Capital Credit & Collections
Invoice # 12208

      Professional services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 371 | 11/18/04 Receive and review info-ord. | 0.10 | ¶2m |
| | For professional services rendered | 0.10 | $0.00 |

Page 54

Linda L. Clark
1763 NW Yohn Ranch Drive
McMinnville OR 97128


January 4, 2005
In Reference To:    Capital Credit & Collections

Professional services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 312 | 12/3/04 | Receive and review order. | 0.10 | ¶2m |
| 313 | 12/8/04 | Telephone call from client. | 0.10 | |
| 314 | 12/14/04 | Review file. | 0.10 | |
| 315 | 12/15/04 | Research.  Draft and edit motion for clarification. | 1.00 | |
| | | For professional services rendered | 1.30 | $0.00 |

Page 55

Linda L. Clark
1763 NW Yohn Ranch Drive
McMinnville OR 97128

February 8, 2005
In Reference To:    Capital Credit & Collections
Invoice #12267

      Professional services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 376 | 1/20/05 | Telephone call from Linda re schedule appointment to discuss settlement. Draft letter to Judge Jelderks.  Fax verdict. | 0.20 | ¶26 n |
| 377 | 1/21/05 | Receive info-ord re denial of motion for stay.  Research re denial of motion for relief from stay. | 0.30 | ¶2n |
| 378 | 1/25/05 | Telephone call from Jerry. | 0.10 | |
| 379 | 1/30/05 | Conference with clients.  Draft letter to T. Brown. | 1.50 | ¶2( |
| | | For professional services rendered | 2.10 | $0.00 |
| | | Additional charges: | | |

Page 56

Linda L. Clark
1763 NW Yohn Ranch Drive
McMinnville OR 97128


March 1, 2005
In Reference To:    Capital Credit & Collections
Invoice # 12299

      Professional services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 2/16/05 | Receive and review e-mail from F. Lagesen. | 0.10 | ¶2ℓ |
| 2/22/05 | Receive and review order granting clarification and forward. | 0.10 | ¶2m |
| | For professional services rendered | 0.20 | $0.00 |

Additional charges:

Page 57

Linda L. Clark
1763 NW Yohn Ranch Drive
McMinnville OR 97128


April 1, 2005
In Reference To:    Capital Credit & Collections

     Professional services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 382 | 3/5/05 Receive and review order. | 0.10 | ¶2m |
| 383 | 3/8/05 Attempt to call clerk re order. | 0.10 | |
| 384 | 3/10/05 Return telephone call to client. | 0.10 | |
| 385 | 3/12/05 Receive and review opening brief. | 0.50 | |
| 386 | 3/23/05 Return telephone call to Linda re brief. | 0.10 | |
| | For professional services rendered | 1.00 | $0.00 |

Page 58

Linda L. Clark
1763 NW Yohn Ranch Drive
McMinnville OR 97128

May 3, 2005
In Reference To:    Capital Credit & Collections
Invoice #12364

Professional services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 387 | 4/1/05 | Telephone call to ninth circuit. Spoke with Loreta. She will amend order to provide a May 2nd filing deadline. Telephone call from client. | 0.30 | ¶2m |
| 388 | 4/6/05 | Receive answering opening brief re Hasson. Telephone call to Linda. Begin review of argument. | 1.00 | |
| 389 | 4/7/05 | Receive and review amended order. | 0.10 | |
| 390 | 4/9/05 | Receive brief with letter from W. Goode to clerk. Telephone call to clients. | 0.20 | |
| 391 | 4/12/05 | Receive and review fax from client. | 0.10 | |
| 392 | 4/13/05 | Telephone call to client. | 0.10 | |
| 393 | 4/16/05 | Review opening brief. Format reply/answering brief for all. | 1.50 | |

Page 59

Linda L. Clark                                    Page    2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 394 | 4/17/05 | Review all briefs.  Telephone calls to and from clients and receive comments.  Format cover page. Commence drafing reply re Hasson. | 6.40 | ¶2m |
| 395 | 4/30/05 | Telephone call to client.  Draft and edit reply-answering brief. | 7.80 | |
| | | For professional services rendered | 17.50 | $0.00 |

Page 60

Linda L. Clark
1763 NW Yohn Ranch Drive
McMinnville OR 97128 ·

June 2, 2005
In Reference To:    Capital Credit & Collections
Invoice #12395

        Professional services

| | | Hrs/Rate | Amount |
|---|---|---|---|
| 396 | 5/1/05 Draft and edit reply answering brief. | 8.10 | ¶2m |
| 397 | 5/2/05 Final edit reply answering brief. Travel to and from Stevens-Ness and arrange for filing.  Telephone call to client. | 4.70 | |
| 398 | 5/4/05 Telephone call from Linda. | 0.10 | |
| 399 | 5/25/05 Telephone message from W. Goode re his brief returned. | 0.10 | |
| | For professional services rendered | 13.00 | $0.00 |

Page 61

Linda L. Clark
1763 NW Yohn Ranch Drive
McMinnville OR 97128

July 5, 2005
In Reference To:    Capital Credit & Collections

Professional services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 400 | 6/7/05 | Telephone call to Ninth Circuit re schedule. | 0.10 | ¶2m |
| 401 | 6/15/05 | Telephone call to Ninth CIrcuit re oral argument.  First draft notice of unavailability. | 0.20 | |
| | | For professional services rendered | 0.30 | |

Page 62

Danny H. Gerlt
8600 SW 30th Avenue
Portland OR 97219


Linda L. Clark
1763 NW Yohn Ranch Drive
McMinnville OR 97128


August 11, 2005
In Reference To:    Capital Credit & Collections


Professional services

|  | | Hrs/Rate | Amount |
|---|---|---|---|
| 402   7/14/05 | Edit and mail notice of unavailability. | 0.20 | ¶2m |
|  | For professional services rendered | 0.20 | $0.00 |

Page 63

Linda L. Clark
13628 N. 110th Avenue
Sun City AZ 85351


December 1, 2005
In Reference To:    Capital Credit & Collections


Professional services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 403 | 11/23/05 | Telephone call from clerk at Ninth Circuit.  Receive and review order by fax.  Research.  Obtain cases and sheperdize. | 1.50 | ¶2m |
| 404 | 11/24/05 | Research Russell v. Equifax and Gearing v. Check Brokerage. | 1.80 | |
| 405 | 11/26/05 | Research cases cited in Russell and Gearing. | 1.50 | |
| 406 | 11/29/05 | Telephone call from Ninth Circuit re confirmation. | 0.10 | |
| 407 | 11/30/05 | Fax confirmation.  Telephone call from Jerry with new information. | 0.10 | |
|  |  | For professional services rendered | 5.00 | $0.00 |

Page 64

Linda L. Clark
13628 N. 110th Avenue
Sun City AZ 85351

January 5, 2006
In Reference To:    Capital Credit & Collections
Invoice #12546

          Professional services

|  |  | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 408 | 12/4/05 | Research Gearing and Russell.   Review briefs. | 6.80 | |
| 409 | 12/5/05 | Draft argument.   Travel to courthouse.   Argue case before Ninth CIrcuit. | 4.50 | |
| 410 | 12/6/05 | Receive, review and reply to e-mail from W. Goode. | 0.10 | |
| | | For professional services rendered | 11.40 | $0.00 |

¶2m

Page 65

Invoice submitted to:
Linda L. Clark
13628 N. 110th Avenue
Sun City AZ 85351


September 05, 2006

In Reference To:    Capital Credit & Collections
Invoice #12737


### Professional Services

| | | | Hrs/Rate | |
|---|---|---|---|---|
| 411 | 8/8/2006 | Receive Ninth Circuit opinion and review.  Review memorandum and unpublished opinion. | 1.50 | ¶2m |
| 412 | 8/24/2006 | Telephone call from client.  Review opinion and order.  Telephone call to client.  Continue review. | 1.00 | |
| 413 | | Telephone call from client. | 0.10 | |
| 414 | 8/29/2006 | Telephone call to client re opinion and settlement options. | 0.20 | ¶2ℓ |
| 415 | 8/30/2006 | Review memorandum et al.  Scan and forward to clients. | 0.20 | ¶2m |
| | | For professional services rendered | 3.00 | |

Page 66

Invoice submitted to:
Linda L. Clark
13628 N. 110th Avenue
Sun City AZ 85351


October 03, 2006

In Reference To:    Capital Credit & Collections
Invoice #12761


        Professional Services

|  |  |  | Hrs/Rate |
|---|---|---|---|
| 416 | 9/3/2006 | Scan and review attorney fee billing statements for 2002, 2003, 2004, 2005. Research re availability of attorney fees and costs. | 6.00 |
| 417 | 9/4/2006 | Thorough review of opinion and analysis re attorney fees. Draft e-mail to client. Telephone call from client. | 1.70 |
| 418 | 9/8/2006 | Various e-mail re settlement opportunities. | 0.20 |
| 419 | 9/11/2006 | Telephone call from client. | 0.10 |
|  |  | For professional services rendered | 8.00 |

¶2m

¶2l

Page 67

Invoice submitted to:
Linda L. Clark
13628 N. 110th Avenue
Sun City AZ 85351


December 05, 2006

In Reference To:      Capital Credit & Collections
Invoice #12815


                    Professional Services

                                                                                    Hrs/Rate

420        11/17/2006  Receive and review order.                                       0.10    ¶2m

421        11/20/2006  Telephone call from J. Margolis re settlement.                  0.20    ¶2ℓ

422        11/28/2006  Draft e-mail to W. Margolis.                                     0.10

                    For professional services rendered                                 0.40


Page 68

Invoice submitted to:
Linda L. Clark
13628 N. 110th Avenue
Sun City AZ 85351

January 09, 2007

In Reference To:    Capital Credit & Collections
Invoice #12853

Professional Services

| | | Hrs/Rate |
|---|---|---|
| 12/4/2006 | Telephone message from client re no appeal. | 0.10 |
| | For professional services rendered | 0.10 |

4 23                                                                    ¶2m

Page 69

Invoice submitted to:
Linda L. Clark
13628 N. 110th Avenue
Sun City AZ 85351


May 01, 2007

In Reference To:      Capital Credit & Collections
Invoice #12997


        Professional Services

| | | | Hrs/Rate |
|---|---|---|---|
| 424 | 4/2/2007 | Research.  Draft e-mail to attorneys. | 0.20 |
| 425 | 4/3/2007 | Various e-mail to and from F. Lagesson. | 0.10 |
| 426 | 4/6/2007 | Draft motion and declaration for re-assignment.  Draft e-mail to clients. | 0.30 |
| 427 | 4/17/2007 | Receive and review order denying reassignment. | 0.10 |
| 428 | 4/19/2007 | Telephone call to client. | 0.10 |
| | | For professional services rendered | 0.80 |

¶2p

## Page 70

Danny H. Gerlt
8600 SW 30th Avenue
Portland, OR  97219


Invoice submitted to:
Linda L. Clark
13626 N. 110th Avenue
Sun City AZ 85351


July 05, 2007

In Reference To:      Capital Credit & Collections
Invoice #13075


Professional Services

|  |  | Hrs/Rate |
|---|---|---|
| 6/22/2007 | PACER search.  Review 9th circuit opinion.  Outline strategy. | 1.50 |
| 6/23/2007 | Begin file review.  Process documents electronically.  Prepare for and conference with clients.  Set up trial notebook. | 2.00 |
|  | For professional services rendered | 3.50 |

429

430

¶2p

Page 71

Jenny H. Gerlt
J600 SW 30th Avenue
Portland, OR  97219

Invoice submitted to:
Linda L. Clark
1763 NE Yohn Ranch Rd.
McMinnville OR 97128

August 02, 2007

In Reference To:   Capital Credit & Collections

Invoice #13112

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 431 | 7/26/2007 | Process documents.  Review file. | 1.50 | ¶2p |
| 432 | 7/27/2007 | Review files.  Process documents.  Telephone call to client. | 3.00 | |
| 433 | 7/28/2007 | Review and process files to electronic format. | 4.20 | |
| 434 | 7/29/2007 | Review file.  Process documents. | 4.30 | |
| 435 | 7/30/2007 | Draft e-mail to attorneys.  Various e-mail. | 0.10 | |
| 436 | | Continue processing documents. | 1.80 | |
| 437 | | Continue document review and processing.  Receive and review e-mail from F. Lageson. | 1.70 | |
| 438 | | Research.  Draft and edit motion and memorandum for rule 16 conference.  File motion and serve electronically. | 2.30 | |
| 439 | 7/31/2007 | Draft e-mail to client. | 0.10 | |
| 440 | | Continue file review and process documents. | 1.00 | |
| | | For professional services rendered | 20.00 | |

Page 72

Invoice submitted to:
Linda L. Clark
1763 NE Yohn Ranch Rd.
McMinnville OR 97128

September 06, 2007

In Reference To:   Capital Credit & Collections
Invoice #13145

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 441 | 8/1/2007 | Continue review and processing documents. Receive and review info-ord scheduling rule 16 conference. | 1.50 | ¶2p |
| 442 | 8/3/2007 | Various e-mail from W. Goode. | 0.20 | ¶2k |
| 443 | | Conference with clients. | 0.50 | |
| 444 | 8/6/2007 | Receive,  review and reply to e-mail from clerk. | | |
| 445 | 8/7/2007 | Receive and review various scheduling e-mail. | 0.20 | |
| 446 | 8/15/2007 | Review files.  Prepare for rule 16 conference.  Process documents. | 1.80 | |
| 447 | | Travel to and attend rule 16 conference and return. | 2.00 | |
| 448 | | Telephone call from clients. | 0.20 | |
| 449 | 8/16/2007 | Receive and forward info-ord re docket and deadlines. | 0.10 | |
| 450 | 8/17/2007 | Forward opinions by e-mail for comment. | 0.10 | ¶2p |
| 451 | 8/22/2007 | Begin draft of memorandum.  Research re statutory damages jurisdiction. Outline category of statute noncompliance.  Draft jurisdiction and cause of action argument. | 4.50 | |
| 452 | 8/24/2007 | Review files.  Review client summary.  Research.  Draft and edit memorandum of status.  File electronically.  Draft e-mail to clients. | 5.50 | |
| 453 | 8/28/2007 | Receive and review e-mail from F. Lagesen.  Forward to client. | 0.10 | ¶2l |

Page 73

Invoice submitted to:
Linda L. Clark
1763 NE Yohn Ranch Rd.
McMinnville OR 97128


October 02, 2007

In Reference To:   Capital Credit & Collections
Invoice #13177


Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 454 | 9/21/2007 | Receive and review info-ord. | 0.10 | ¶2p |
| 455 | 9/24/2007 | Review responses to memorandum and outline reply. | 1.50 | |
| 456 | | Draft and edit reply.  Telephone call to client.  Draft e-mail to client.  Telephone call from client.  Edit reply.  File electronically. | 3.00 | |
| 457 | 9/28/2007 | Draft e-mail to attorneys.  Receive and review e-mail from F. Lagesen. | 0.10 | ¶2ℓ |
| | | For professional services rendered | 4.70 | |

Page 74

Invoice submitted to:
Linda L. Clark
1763 NE Yohn Ranch Rd.
McMinnville OR 97128

November 01, 2007

In Reference To:   Capital Credit & Collections
Invoice #13213

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 458 | 10/1/2007 | Prepare for telephone status conference. | 0.70 | |
| 459 | | Telephone Conference. | 0.70 | ¶2k |
| 460 | 10/2/2007 | Receive and review e-mail from W. Goode and F. Lagesen. | 0.10 | |
| 461 | 10/5/2007 | Receive and review info ord. | 0.10 | ¶2p |
| 462 | 10/27/2007 | Review file. Docket discovery. Draft e-mail to attorneys. Receive and review e-mail from W. Goode. | 0.10 | |
| 463 | 10/29/2007 | Draft e-mail to F. Lagesen. | 0.10 | |
| 464 | | Receive and review e-mail from F. Lagesen. Attempt to call clerk. | 0.10 | ¶2ℓ |
| 465 | 10/30/2007 | Telephone call from Judge Jelderks chambers. Telephone call to Judge Brown's chambers. Telephone call to Judge Aikens chambers. Telephone call to Judge Coffin's chambers. Telephone call to Judge Jones' chambers. Draft e-mail to Judge Jones. | 1.00 | |
| 466 | | Telephone call from S. Minetto. | 0.10 | |
| 467 | | Draft e-mail to attorneys. | 0.10 | |
| 468 | 10/31/2007 | Receive and review e-mail from W. Goode. Attempt to call Christie Wohler. Draft e-mail to attorneys. | 0.20 | |
| 469 | | Receive and review info ord. Draft e-mail to clients. | 0.20 | |
| 470 | | Telephone call from client. Schedule appointment. | 0.10 | |

Page 75

Invoice submitted to:
Linda L. Clark
1763 NE Yohn Ranch Rd.
McMinnville OR 97128

December 06, 2007

In Reference To:   Capital Credit & Collections
Invoice #13254

Professional Services

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 471 | 11/1/2007 | Receive and process fax. | 0.20 | ¶2ℓ |
| 472 | | Accounting for attorney fees.  Draft and edit excel spreadsheet. | 0.50 | |
| 473 | | Receive, review and reply to e-mail from Cindy of Judge Jones' chambers. | 0.10 | |
| 474 | 11/2/2007 | Accounting for attorney fees. | 4.30 | |
| 475 | | Receive and review e-mail from F. Lagesen. | 0.10 | |
| 476 | | Conference with clients. | 1.00 | |
| 477 | | Format confidential statement. | 0.50 | |
| 478 | 11/5/2007 | Various scheduling e-mail.  Telephone call to B. Rogers.  Schedule deposition. | 0.20 | ¶2p |
| 479 | 11/6/2007 | Telephone call to court.  Obtain extension.  Draft and edit confidential statement.  Process and edit.  Telephone call to client.  Review files re history and settlement.  Various e-mail and telephone calls to client.  Final edit.  Process and file.  Various scheduling e-mail. | 3.00 | ¶2ℓ |
| 480 | 11/7/2007 | Mapqwest directions to Capital Credit.  Review website. | 0.30 | ¶2p |
| 481 | | Review table of contents for CUBS manual.  Draft e-mail to W. Goode.  Prepare for document review. | 1.00 | |
| 482 | | Travel to Capital Credit office.  Review documents and return. | 2.50 | |

Page 76

inda L. Clark

Page    2

| | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 483 | 11/8/2007 | Prepare for judiciall settlement conference.  Travel to Eugene, attend judicial settlement conference.  Conference with clients over lunch re terms and conditions of settlement.  Concude settlement.  Return to office.   Receive and review info-ord. | 8.50 | ¶2ℓ |

Page 77