FILED'08 JUL 15 15:34 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Linda L. Clark and Jerry V. Clark,

        Plaintiffs,           Civil No. 03-340-JE

   v.           SUPPLEMENTAL JUDGMENT

Capital Credit & Collection Services, Inc.,
Janine Brumley, and Jeffrey I. Hasson,

        Defendants.

    Based upon an Order entered on June 11, 2008, Judgment is granted in favor of plaintiffs Linda Clark and Jerry Clark in the total amount of $48,240 for attorney's fees and in the total amount of $1,756.30 for costs against defendants Janine Brumley and Capital Credit & Collection Services, Inc..

Dated this 15th day of July, 2008.

_____
John Jelderks
United States Magistrate Judge

Page 1 - JUDGMENT